# Third District Court of Appeal

## State of Florida

Opinion filed December 30, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D15-2303 & 3D15-2271
Lower Tribunal No. 14-A369OZE
_____

## Florida Attorney General, etc., et al.,
Appellants,

vs.

## Luis Torres Jimenez,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Steven Leifman, Judge.

Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes and Samuel I. Zeskind, for appellants.

Pamela Jo Bondi, Attorney General, and Robert Dietz, Jr., Assistant Attorney General, as Intervener for appellants.

Louis C. Arslanian (Hollywood); Ted Hollander (Fort Lauderdale), for appellee.

Before SHEPHERD, EMAS and LOGUE, JJ.

PER CURIAM.

<u>ON MOTION TO MODIFY OR VACATE STAY</u>

Appellant's motion to modify or vacate stay as applied to all pending red light cases is stricken on the basis that Appellant, Luis Torres Jimenez, lacks standing. <u>Solares v. City of Miami</u>, 166 So. 3d 887, 888 (Fla. 3d DCA 2015) ("For a court of law operating as one of the three branches of government under the doctrine of the separation of powers, standing is a threshold issue which must be resolved before reaching the merits of a case. Before a court can consider whether an action is illegal, the court must be presented with a justiciable case or controversy between parties who have standing."). This disposition is not a ruling on the merits of the motion.

Motion stricken.